# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN CARR,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71772

**FILED**

FEB 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus or prohibition challenging an order of the district court. Having considered the petition and appendix filed in this matter, we conclude that petitioner fails to demonstrate that extraordinary relief is warranted. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Rob Bare, District Judge
      Mueller Hinds & Associates
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

17-05671